**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7680**

BARRY JOHNSON,

              Plaintiff – Appellant,

     v.

UNITED STATES DEPARTMENT OF JUSTICE, Joshua Royster,
Federal Bureau of Prisons, FCC Butner, Mid-Atlantic Region,

              Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
Chief District Judge. (5:10-ct-03002-FL)

Submitted: February 24, 2011      Decided:  March 3, 2011

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barry Johnson, Appellant Pro Se.  Joshua Bryan Royster, OFFICE
OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry Johnson appeals the district court's order dismissing his action for damages pursuant to the Federal Torts Claims Act, 28 U.S.C. § 1346(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. United States Dep't of Justice, No. 5:10-ct-03002-FL (E.D.N.C. Nov. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED